UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKIE LEE DILLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-00799 |
| ) | Judge Aleta A. Trauger |
| NANCY A. BERRYHILL ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court are the plaintiff Jackie Lee Dillard's Objections (Doc. No. 18) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 17), recommending that the plaintiff's Motion for Judgment on the Pleadings and Administrative Record (Doc. No. 14) be denied and that the Social Security Administration's denial of benefits be affirmed.

For the reasons explained in the accompanying Memorandum, the Objections are **OVERRULED**, and the court **ACCEPTS** and **ADOPTS** the Report and Recommendation. The plaintiff's Motion for Judgment on the Pleadings and Administrative Record (Doc. No. 14) is **DENIED**, and the Social Security Administration's decision is **AFFIRMED**.

The Clerk shall enter judgment in accordance with Fed. R. Civ. P. 58(b).

It is so **ORDERED**.

ENTER this 18th day of July 2018.

_____
ALETA A. TRAUGER
United States District Judge